**STATE of Missouri, Respondent,**

v.

**Joseph A. SAVALA, Appellant.**

**No. WD 72318.**

Missouri Court of Appeals, Western District.

Dec. 21, 2010.

Jonathan L. Laurans, for Appellant.

Shaun J. Mackelprang, for Respondent.

Before Division Three: ALOK AHUJA, Presiding Judge, VICTOR C. HOWARD, Judge and CYNTHIA L. MARTIN, Judge.

### *ORDER*

PER CURIAM:

Joseph Savala appeals his conviction for statutory sodomy in the second degree, section 566.064, RSMo 2000, and sentence to two years imprisonment and a $500 fine. He raises three points on appeal regarding the sufficiency of the evidence to support the conviction, the prosecutor's comments on his post-*Miranda* silence, and the submission of a jury instruction regarding sentencing. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 30.25(b).